UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
ALTA PARTNERS LLC,                                      :
                                                        :
                                Plaintiff,              :                    23-CV-5130 (VSB)
                                                        :
                        -against-                       :
                                                        :          **ORDER AND NOTICE OF**
SATIXFY COMMUNICATIONS LTD.,                            :          **INITIAL CONFERENCE**
                                                        :
                                Defendant.              :
--------------------------------------------------------X


VERNON S. BRODERICK, United States District Judge:

        This case has been assigned to me for all purposes.  It is hereby:

        ORDERED that the Court will not be holding an initial pretrial conference.

        IT IS FURTHER ORDERED that, by September 1, 2023, the parties submit a joint letter,

not to exceed three (3) pages, providing the following information in separate paragraphs:

        1.      A brief description of the nature of the action and the principal defenses
                thereto;

        2.      A brief explanation of why jurisdiction and venue lie in this Court.  If any
                party is a corporation, the letter shall state both the place of incorporation
                and the principal place of business.  If any party is a partnership, limited
                partnership, limited liability company or trust, the letter shall state the
                citizenship of each of the entity's members, shareholders, partners and/or
                trustees;

        3.      A brief description of all contemplated and/or outstanding motions;

        4.      A brief description of any discovery that has already taken place, and/or
                that which will be necessary for the parties to engage in meaningful
                settlement negotiations;

        5.      A brief description of prior settlement discussions (without disclosing the
                parties' offers or settlement positions) and the prospect of settlement;

        6.      The estimated length of trial; and

7.      Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed

case management plan and scheduling order.  A template for the order is available at

http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management

plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic

Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-

instructions.

SO ORDERED.

Dated:    August 16, 2023
          New York, New York

Vernon S. Broderick
United States District Judge