Elizabeth Wolstein
Partner

212 612-0688
ewolstein@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2023

October 19, 2023

**MEMO ENDORSED**

BY ECF FILING

The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Alta Partners, LLC v. SatixFy Communications, Ltd.*, Case No. 23-cv-5130 (VSB)(BCM)

Dear Judge Moses:

    Together with Madsen Law P.C., this firm represents Defendant SatixFy Communications, Ltd. ("SatixFy") in the above-referenced action.  We write respectfully in accordance with Rules 1(b) and 2(a) of Your Honor's Individual Practices to request a 30 to 45-day adjournment of the settlement conference currently scheduled for on November 2, 2023, at 10:00 AM, due to the war in Israel. This is SatixFy's first request for an adjournment of the settlement conference, and we make the request only on account of the extraordinary circumstances affecting SatixFy's Israel-based personnel.

    Defendant SatixFy is an Israeli company located in Rehovot, Israel, south of Tel Aviv. Since the war in Israel began, representatives of SatixFy and their families have had to periodically retreat to bomb shelters during the day, at unpredictable times, due to incoming missile and rocket attacks.  Under these conditions, it will be difficult for SatixFy to adequately prepare for the settlement conference or to participate in the settlement conference on November 2 if, as expected, the war has not subsided by then.

    We asked for plaintiff Alta Partners' consent to the adjournment request.  Plaintiff's counsel's response was that it would consent to an adjournment needed due to incoming missile attacks on SatixFy personnel only if SatixFy provides a settlement offer by November 1 and continues to engage in settlement negotiations before November 15; and only if the Court schedules an adjourned conference during the week of December 4, 2023, as counsel has scheduling conflicts later in December.

    While we will do our best to communicate with SatixFy in order to further settlement discussions, in light of the circumstances we cannot guarantee that the relevant SatixFy personnel are in a position to either make a settlement offer or engage in settlement negotiations on plaintiff's timetable.  We submit that postponing the settlement conference in

Honorable Barbara C. Moses
October 19, 2023
Page 2

these extraordinary circumstances should not depend on SatixFy's ability to engage in settlement negotiations with plaintiff.

> In light of the above, SatixFy respectfully requests that (1) the settlement conference scheduled for November 2, 2023, at 10:00 AM be rescheduled to a date during the week of December 4, 2023, to the extent the Court is able to accommodate plaintiff's counsel demand that an adjourned conference be scheduled for that week, and that (ii) the deadline for the pre-conference letter to the Court, currently due in seven days on October 26, 2023, be accordingly adjourned to a date one week in advance of the new conference date.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Elizabeth Wolstein*

Elizabeth Wolstein

cc: All Counsel (by ECF filing)

---

Application GRANTED. The remote settlement conference currently scheduled for November 2, 2023 is hereby ADJOURNED to **December 4, 2023, at 10:00 a.m.** The parties shall submit their confidential settlement letters no later than **November 27, 2023**. Although the parties are still required to meet and confer, in good faith and in real time (*see* Dkt. 21 ¶ 2), in advance of the submission of their confidential settlement letters, there is no requirement that they do so before November 15, 2023. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
October 20, 2023