UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTA PARNTERS LLC, | |
| Plaintiff, | 23-CV-5130 (DEH) (BCM) |
| -against- | **ORDER** |
| SATIXFY COMMUNICATIONS LTD., | |
| Defendant. | |

  For reasons discussed during yesterday's confidential settlement conference, the parties shall submit a confidential joint settlement update letter to chambers by email no later than **December 18, 2023**. In the letter, the parties should advise the Court whether they believe that a follow-up settlement conference would be productive. If the Court agrees that another session would be productive, that session will take place on January 3, 2024, from 10:00 A.M. to Noon, and the Court will circulate a Zoom link ahead of the conference.

Dated: New York, New York
   December 5, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**