```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTA PARNTERS LLC, <br><br> Plaintiff, <br><br> -against- <br><br> SATIXFY COMMUNICATIONS LTD., <br><br> Defendant. | 23-CV-5130 (DEH) (BCM) <br><br> **ORDER** |

The Court previously ordered the parties to submit a confidential joint settlement update letter to chambers by email no later than December 18, 2023. 12/5/2023 Order (Dkt. 26). That deadline is hereby EXTENDED. The parties shall submit a joint letter in accordance with the 12/5/2023 Order no later than **December 22, 2023**.

Dated: New York, New York
       December 20, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**